

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00547-CR

Desere Devine **DAVILA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 569002
Honorable Jason Roland Garrahan, Judge Presiding

# O R D E R

Appellant's brief was original due September 21, 2018. No brief was filed. Accordingly, this court issued a notice to appellant advising that the brief was past due. In response, appellant filed his first motion for extension of time, which this court granted, making the brief due October 22, 2018. Again, no brief was filed. After the clerk's office of this court contacted appellant, he filed a second motion for extension of time to file the brief on October 29, 2018. In the motion, appellant first requests a two-week extension of time, but then requests an extension of thirty days. We will construe the motion as a request for an additional thirty days in which to file appellant's brief. Accordingly, we **GRANT** appellant's second motion for extension of time to file his brief and **ORDER** appellant to file his brief in this court **on or before November 21, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court